# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:21-cr-21-1 |
| ) | |
| PLAINTIFF, ) | CHIEF JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | ORDER ON VIOLATION OF |
| ) | CONDITIONS OF SUPERVISED |
| ) | RELEASE |
| DEMARCO JONES, ) | |
| ) | |
| DEFENDANT. ) | |

A Violation Report was filed in this case on July 5, 2023.[1] The Court referred this matter to Magistrate Judge Jonathan D. Greenberg to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Greenberg reported that a supervised release violation hearing was held on December 6, 2024. The defendant admitted to the following violations:

1. Unauthorized Travel;
2. Unauthorized Travel; and
3. Untruthful with U.S. Probation Officer.[2]

The magistrate judge filed a report and recommendation on December 6, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated

---

[1] Superseding violation reports were filed on July 10, 2023, October 18, 2024, and December 16, 2024, to add two violations and provide updates to the Court.

[2] These were previously noted as violations 2, 4, and 5. After the government elected to not proceed with violations 1 and 3, the superseding violation report on December 16, 2024, renumbered the active violations.

the conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

A final supervised release violation hearing was conducted on January 3, 2025. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Attorney Donald Malarcik, Jr., representing the defendant; the defendant Demarco Jones, and United States Probation Officer Cierra Motley.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, and 3.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 11 months. No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: January 3, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**